UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO MUNOZ,<br><br>          Plaintiff,<br><br>    v.<br><br>M. FAROOQ (M.C.D.), DR. RIAZ, C/O L. WILSON, et al.,<br><br>          Defendants. | No. EDCV 13-797 JAK (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: April 2, 2015

                                            JOHN A. KRONSTADT<br>
                                          United States District Judge