UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNESTO MUNOZ, | ) | No. EDCV 13-797 JAK (FFM) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| M. FAROOQ (M.C.D.), DR. RIAZ, C/O L. WILSON, et al., | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed with prejudice.

DATED: April 2, 2015

JOHN A. KRONSTADT
United States District Judge